# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**SUNRISE BANK OF ALBUQUERQUE,**

Plaintiff-Appellee,

v.                                                                          **NO. 28,750**

**MARITA ECKERT,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Richard J. Knowles, District Judge**

Jacobvitz, Thuma & Walker, PC
David Thuma
Albuquerque, NM

for Appellee

Martin E. Threet
Albuquerque, NM

Vogel, Campbell, Blueher & Castle
Clinton W. Marrs
Albuquerque, NM

for Appellant


## MEMORANDUM OPINION

**CASTILLO, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of

proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**


_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**


_____
**CYNTHIA A. FRY, Chief Judge**


_____
**JAMES J. WECHSLER, Judge**